# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MICHAEL AARLIE and KYLE AARLIE,

*Plaintiff*

v.

YAKIMA COUNTY, et al.,

*Defendant*

Civil Action No. CV-13-371-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Based on the foregoing, and pursuant to 28 U.S.C. §1915(e)(2)(B), the pro se Plaintiff's Complaint and this action are DISMISSED with prejudice for failure to state a claim upon which relief can be granted. Pursuant to 28 U.S.C. §1915(a)(3), it is hereby CERTIFIED that any appeal from this Order Of Dismissal is not taken in good faith. Plaintiff's Motion To Appoint Counsel (ECF No. 3) is DISMISSED as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: November 18, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy